UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONY REYES-LOPEZ,<br><br>                      Petitioner,<br>v.<br>KRISTI NOEM,<br><br>                      Respondents. | Case No. 3:25-cv-00697-ART-CSD<br><br>SCREENING AND SERVICE ORDER |

Petitioner Antony Reyes-Lopez, an immigration detainee, has paid his $5 filing fee and filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1 ("Petition").) Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents.

It is therefore further kindly ordered that the Clerk of the Court:

1. Deliver a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. Add the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. Send, through CM/ECF, a copy of the Petition (ECF No. 1), this Order, and all other filings in this matter to the United States Attorney's Office for the District of Nevada, at Sigal.Chattah@usdoj.gov, Summer.Johnson@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. Mail a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    a. Kristi Noem, Secretary, United States Department of

           Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    b.    Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

    c.    Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

    d.    Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

    e.    Darin Balaam, Sheriff, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512

It is further ordered that the U.S. Marshal serve a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the Respondents file a notice of appearance within 3 days of the date of this Order and file and serve their answer to the Petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

It is further ordered that Reyes-Lopez file a reply to the Petition within 7 days of service of Respondents' answer.

DATED THIS 8th day of December 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE